**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

FILED

VOICE (314) 244-2400
ABBS (800) 652-8671
www.ca8.uscourts.gov

January 11, 2001

FILED
JAN 12 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. Stephen G. Strauss
THOMPSON & COBURN
One Firstar Plaza
St. Louis, MO  63101-1693

FILED
JAN 11 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

    Re:   00-3604   Natl. Cable vs. Federer for Congress

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc:    Hon. Charles A. Shaw, U.S. District Judge
       Thomas A. Federer
       Bryan J. Brown
       James G. Woodward, Clerk

       District Court/Agency Case Number(s):  4:00-CV-1725 CAS

#24

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.   00-3604

National Cable Satellite
Corporation,

    Appellee,

vs.

Federer for Congress Committee;
William J. Federer,

    Appellants.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Missouri

FILED
JAN 11 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### JUDGMENT

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

January 11, 2001

A true copy.

ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

#24

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 01/16/01 by cliddy
               4:00cv1725    National Cable vs Federer For Congress

17:101 Copyright Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO121 (COPYRIGHT) FORM
TO:    RESISTER OF COPYRIGHTS
        COPYRIGHT OFFICE
        LIBRARY OF CONGRESS
        WASHINGTON, DC  20559

| | |
|---|---|
| Bryan Brown - | Fax: 662-844-4234 |
| Stephen Crampton - | Fax: 662-844-4234 |
| John Diehl - | Fax: 636-949-9610 |
| Thomas Federer - 3090 | Fax: 636-949-9610 |
| Mark Sableman - 4244 | Fax: 314-552-7103 |
| Stephen Strauss - 84402 | Fax: 314-552-7000 |

SCANNED & FAXED BY:

JAN 1 6 2001

DJO